UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-93-24 LKK

    Plaintiff,

  v.                         O R D E R

ALONZO T. WHITE,

    Defendant.
                                          /

    The court is in receipt of Petitioner's ex parte request for modification of supervised release. However, in light of the fact that jurisdiction was transferred to the District of Nevada, this request must be addressed by the District Court of Nevada.

    IT IS SO ORDERED.

    DATED: February 28, 2008.

                                              /s/ Lawrence K. Karlton
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

1